# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAWN LYNN VANDENBOSS,

    Plaintiff,

v.

                                            Case No: 14-12283-DT

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter case was referred to United States Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued her report on May 26, 2015, recommending that defendant's motion for summary judgment should be DENIED, that plaintiff's motion for summary judgment be GRANTED and should be REMANDED for further consideration of the opinion of Dr. William Crafton, Plaintiff's treating physician. No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C), thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and ADOPTS the same for purposes of this Order.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

## **ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the plaintiff's motion for summary judgment is **GRANTED,** the defendant's motion for summary judgment is **DENIED,** and the case is **REMANDED** for further proceedings.

IT IS SO ORDERED.

       s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 18, 2015, by electronic and/or ordinary mail.

       s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522